## Commonwealth *v.* Latoza, Appellant.

Argued April 16, 1975. *Donna Jo McDaniel,* Trial Defender, with her *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *John J. Hickton,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The record is remanded to the court below with direction to hold a post-conviction hearing to determine the validity of appellant's guilty plea, in the light of the court's rejection of the alleged plea bargain.

## Commonwealth *v.* McCann, Appellant.

Argued April 17, 1975. *Alan Frank,* with him *Raymond Radakovich,* and *Frank & Radakovich,* for appellant; *Joseph A. Nickleach,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which has not been performed at the time the appeal was made a supersedeas.